CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 0 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SUSAN HUDGINS, *Plaintiff,* v. DANNY WILLIAMS, *Defendant.* | CIVIL ACTION NO. 6:04-CV-00006 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that judgment in this case hereby is entered in favor of the Defendant. Accordingly, he case is DISMISSED.

It is so ORDERED.

The Clerk is hereby directed to STRIKE this case from the docket, and further directed to send a copy of this order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

8-5-2005
Date